UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDREWS

CIVIL ACTION

VERSUS

21-84-SDD-SDJ

OHMER

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated October 10, 2021, to which no opposition was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that this action is DISMISSED, WITH PREJUDICE, as legally frivolous and for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e) and 1915A18 and this case shall be CLOSED.

*Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana the 22 day of November, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 8.